**98–1582. State ex rel. Estate of Goddard v. Dix.**
In Mandamus and Prohibition. Reported at 83 Ohio St.3d 1444, 700 N.E.2d 329. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**98–1587. State v. Williams.**
Butler App. No. CA97–08–162. Reported at 83 Ohio St.3d 1449, 700 N.E.2d 332. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

**98–1617. State v. Miller.**
Logan App. No. 8–98–5. Reported at 83 Ohio St.3d 1449, 700 N.E.2d 332. On motion for reconsideration. Motion denied.

**98–1980. State v. Arnold.**
Greene App. No. 91CA43. Reported at 83 Ohio St.3d 1458, 700 N.E.2d 876. On motion for reconsideration. Motion denied.